USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARMANDO HERRERRA,

                Plaintiff,

  -against-

SHERIDAN AVENUE WIRELESS, INC. et al.,

                Defendants.

21-CV-2471 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On April 3, 2024, the Court issued an Order to Show Cause directing Armando Herrerra ("Plaintiff") to show cause in writing on or before April 24, 2024 as to why his claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 7.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) That deadline has expired, and Plaintiff has failed to respond to the Order to Show Cause and to communicate with the Court for over two years.

    Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action.

Dated:  April 26, 2024
         White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge